IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN LOWRY,                                                              PETITIONER
Reg #41429-007

v.                          Case No. 2:10-cv-98-DPM-JJV

T. C. OUTLAW,
Warden, FCI-Forrest City                                                   RESPONDENT

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed findings and recommended disposition — to which Lowry did not object. The Court sees no error of law or clear error of fact on the face of the record. Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Judge Volpe's findings and recommended disposition, *Document No. 5*, and dismisses Lowry's petition for writ of habeas corpus, *Document No. 1*, without prejudice.

So Ordered.

*[signature]*
D.P. Marshall, Jr.
United States District Judge

17 Sept. 2010